**Federal Defenders**
OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

David E. Patton
*Executive Director
and Attorney-in-Chief*

Southern District of New York
Jennifer L. Brown
*Attorney-in-Charge*

# MEMORANDUM ENDORSED

September 1, 2023

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/1/2023

**BY ECF**
The Honorable Gregory H. Woods
United States District Judge
Southern District of New York
40 Foley Square
New York, NY 10007

RE: **United States v. Charles Brown**
    **22 Cr. 543 (GHW)**

Dear Judge Woods:

    I write regarding the pending VOSR proceedings in the above-captioned case, which are currently scheduled for September 7, 2023, at 10:00 a.m. With the consent of U.S. Probation and the government, I respectfully request that, in lieu of a conference and hearing, the Court modify the terms of Mr. Brown's supervised release by extending his 24-month-long term of probation by nine months, resulting in a new expiration date of July 5, 2024. *See* 18 U.S.C. § 3563(c) ("The court may modify, reduce, or enlarge the conditions of a sentence of probation at any time prior to the expiration or termination of the term of probation, pursuant to the provisions of the Federal Rules of Criminal Procedure relating to the modification of probation….").

    After conferring with U.S. Probation, I understand that a nine-month extension of Mr. Brown's supervision is sufficient, but not greater than necessary, to afford him the opportunity to both complete residential substance abuse treatment and receive necessary support from Probation as he returns to the community from inpatient care. Mr. Brown further consents to a nine-month extension of his probation and waives his right to a hearing pursuant to Fed. R. Crim. P. 32.1(c)(2)(A).

    Accordingly, and with the consent of the parties, the Court should vacate the conference scheduled for September 7, 2023, thereby obviating the need for Mr. Brown's production and an interruption of his substance abuse treatment, and modify Mr. Brown's supervised release by extending the term of supervision by nine months under 18 U.S.C. § 3563(c) and Fed. R. Crim. P. 32.1(c)(2)(A).

Respectfully Submitted,

Andrew John Dalack, Esq.
Assistant Federal Defender

Cc:   AUSA Benjamin Burkett

Application granted. The defendant's term of probation is extended by nine months. The hearing scheduled for September 7, 2023 is adjourned *sine die*. The Court requests the view of the Government and pretrial services as to whether the violations asserted in the July 13, 2023 report should be dismissed at this time.

The Clerk of Court is directed to terminate the motion pending at Dkt. No. 6.

SO ORDERED.
Dated: September 1, 2023
New York, New York

GREGORY H. WOODS
United States District Judge

2