

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 9/1/2023
```

**BY ECF**

The Honorable Gregory H. Woods
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007

September 1, 2023

# MEMORANDUM ENDORSED

**Re:** *United States v. Charles Brown*, **22 Cr. 543 (GHW)**

Dear Judge Woods:

    The Government writes in connection with a violation report filed by the United States Probation Office of the Southern District of New York ("Probation") and dated July 13, 2023 (the "Violation Report"). The Violation Report alleges two specifications, the first of which concerns defendant Charles Brown's use of a controlled substance, to wit, cocaine, and the second of which concerns the defendant's failure to report to Probation for drug testing, as required by the conditions of his probation (together, the "Specifications").

    On September 1, 2023, the defendant filed a letter in which the defendant, among other things: (i) requested that the Court modify the terms of the defendant's probation by extending his term of probation by nine months; and (ii) consented to the requested nine-month extension and waived his right to a hearing on the Specifications, pursuant to Federal Rule of Criminal Procedure 32.1(c)(2)(A). By order dated September 1, 2023, the Court granted the defendant's application; extended the defendant's term of probation by nine months; and adjourned *sine die* a hearing as to the Specifications scheduled for September 7, 2023. The Court also requested the Government's position as to whether the Specifications should be dismissed at this time.

    The Government has no objection to the Specifications being dismissed without prejudice at this time. I have spoken with United States Probation Officer Ji'vonne Gilmore, who informed me that Probation also has no objection to the Specifications' dismissal without prejudice.

Respectfully submitted,

DAMIAN WILLIAMS
United States Attorney for the
Southern District of New York

By: _____
Benjamin M. Burkett
Assistant United States Attorney
(212) 637-2455

Application granted. The Specifications are dismissed without prejudice.

The Clerk of Court is directed to terminate the motion pending at Dkt. No. 8.

SO ORDERED.
Dated: September 1, 2023
New York, New York

_____
GREGORY H. WOODS
United States District Judge

cc: Andrew John Dalack, Esq. (by ECF)